Timothy GUERRA, Appellant Pro Se,

v.

STATE of Missouri, Respondent.

No. WD 64635.

Missouri Court of Appeals,
Western District.

Aug. 9, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 4, 2005.

Application for Transfer Denied
Feb. 28, 2006.

Appellant pro se.

Jeremiah W. (Jay) Nixon, Attorney General, Andrew W. Hassell, Asst. Attorney General, joins on the briefs, Jefferson City, MO, for Respondent.

Before JAMES M. SMART, JR., P.J., RONALD R. HOLLIGER, and LISA WHITE HARDWICK, JJ.

*Order*

PER CURIAM:

Timothy Guerra appeals the dismissal of his declaratory judgment action. The circuit court, finding that Guerra had an adequate and available remedy in habeas corpus, dismissed his declaratory action for failure to state a claim. Guerra contends that the court erred. Finding no error of law, we affirm by summary order pursuant to Rule 84.16(b). A published opinion would lack jurisprudential value. A memorandum as to the grounds of the decision has been furnished to the parties.